# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:  §
        §
CAMPBELL, NICOLE J  §  Case No. 11-16693
        §
   Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Peter N. Metrou, Trustee_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-16693 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CAMPBELL, NICOLE J | | | | Date Filed (f) or Converted (c): | 04/19/11 (f) |
| | | | | | 341(a) Meeting Date: | 06/06/11 |
| For Period Ending: | 04/05/14 | | | | Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with MB Financial | 200.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Personal used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 4. Whole Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 5. Anticipated 2010 Tax Refund Per 2009 Tax Return | 3,864.00 | 0.00 | | 0.00 | FA |
| 6. Pending personal injury case stemming from autom | Unknown | Unknown | | 177,000.00 | FA |
| 7. Pending worker's compensation claim stemming fro | Unknown | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $5,464.00 | $0.00 | | $177,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI settlement negotiated at $177,000; Claims reviewed; waiting for funds by end of January, 2014.

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 09/30/14

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-16693 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CAMPBELL, NICOLE J | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4838 Checking Account |
| Taxpayer ID No: | *******5255 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 57,575.62 | | 57,575.62 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 57,575.62 | 0.00 | 57,575.62 |
| Less: Bank Transfers/CD's | 57,575.62 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  57,575.62  0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-16693 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CAMPBELL, NICOLE J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0853 Checking Account |
| Taxpayer ID No: | *******5255 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/14 | 6 | ALLIED PROPERTY AND CASUALTY INS CO DES MOINES, IA 50391-0210 | PI SETTLEMENT | 1129-000 | 175,000.00 | | 175,000.00 |
| 02/25/14 | 6 | ROLLINA, INC. ROLLINS RISK MAMAGEMENT 2170 PIEDMONT ROAD, NE ATLANTA, GA 30324 | PI SETTLEMENT | 1129-000 | 2,000.00 | | 177,000.00 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 66.13 | 176,933.87 |
| 03/11/14 | 001001 | ROBERTSON & WALL 670 North Clark, 3rd Fl Chicago, IL 60654-3483 | Per 12/13/13 o/c Spcl Csl fees/cost | | | 62,111.06 | 114,822.81 |
| | | | Fees 59,000.00 | 3210-000 | | | |
| | | | Expenses 3,111.06 | 3220-000 | | | |
| 03/11/14 | 001002 | NICOLE J CAMPBELL 12323 SURREY LANE HOMER GLEN, IL 60491 | Debtor Exemption | 8100-000 | | 15,000.00 | 99,822.81 |
| 03/11/14 | 001003 | BLUE CROSS/BLUE SHIELD Health Care Service Corporation 25552 Network Place Chicago, IL 60673-1255 | Per 12/13/13 o/c Med Lien | 4210-000 | | 41,747.19 | 58,075.62 |
| 03/11/14 | 001004 | SOUTHWEST HOSPITALS MRI, INC. C/O Law Offices of James T. Gately 8233 West 185th Street Tinley Park, IL 60487 | Per 12-13-13 o/c Lien Holder | 4210-000 | | 300.00 | 57,775.62 |
| 03/11/14 | 001005 | SOUTHEST RADIOLOGISTS C/O Law Offices of James T. Gately 8233 West 185th Street Tinley Park, IL 60487 | Per 12-13-13 o/c Lien Holder | 4210-000 | | 200.00 | 57,575.62 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 57,575.62 | 0.00 |
| | | | Page Subtotals | | 177,000.00 | 177,000.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24

Ver: 17.05c

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-16693 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CAMPBELL, NICOLE J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0853 Checking Account |
| Taxpayer ID No: | *******5255 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| COLUMN TOTALS | | 177,000.00 | 177,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 57,575.62 | |
| Subtotal | | 177,000.00 | 119,424.38 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 177,000.00 | 104,424.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4838 | 0.00 | 0.00 | 57,575.62 |
| Checking Account - ********0853 | 177,000.00 | 104,424.38 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 177,000.00 | 104,424.38 | 57,575.62 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-16693  
Debtor Name: CAMPBELL, NICOLE J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | ROBERTSON & WALL<br>670 North Clark, 3rd Fl<br>Chicago, IL 60654-3483 | Administrative | | $0.00 | $62,111.06 | $-62,111.06 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $5,763.00 | $0.00 | $5,763.00 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $20,903.06 | $0.00 | $20,903.06 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $691.69 | $0.00 | $691.69 |
| 000004<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $2,220.77 | $0.00 | $2,220.77 |
| 000005<br>070<br>7100-00 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $2,056.32 | $0.00 | $2,056.32 |
| 000006<br>070<br>7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $660.91 | $0.00 | $660.91 |
| 000007<br>070<br>7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $3,378.14 | $0.00 | $3,378.14 |
| 000008<br>070<br>7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $526.16 | $0.00 | $526.16 |
| 000009<br>070<br>7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $815.84 | $0.00 | $815.84 |
| 000010<br>070<br>7100-00 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,851.50 | $0.00 | $1,851.50 |
| 000011<br>070<br>7100-00 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $1,717.76 | $0.00 | $1,717.76 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: April 05, 2014

Case Number: 11-16693　　　　　Claim Class Sequence
Debtor Name: CAMPBELL, NICOLE J

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Sprint Nextel<br>Sprint Nextel - Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $454.91 | $0.00 | $454.91 |
| 000013 070 7100-00 | Midland Funding LLC<br>c/o Recover, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $9,326.99 | $0.00 | $9,326.99 |
| | Case Totals: | | | $50,367.05 | $62,111.06 | $-11,744.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-16693
Case Name: CAMPBELL, NICOLE J
Trustee Name: Peter N. Metrou, Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: ROBERTSON & WALL | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Midland Credit Management, Inc. | $ | $ | $ |
| 000005 | B-Line, LLC | $ | $ | $ |
| 000006 | World Financial Network National Bank | $ | $ | $ |
| 000007 | World Financial Network National Bank | $ | $ | $ |
| 000008 | World Financial Network National Bank | $ | $ | $ |
| 000009 | World Financial Network National Bank | $ | $ | $ |
| 000010 | Capital One,N.A | $ | $ | $ |
| 000011 | Dell Financial Services L.L.C. | $ | $ | $ |
| 000012 | Sprint Nextel | $ | $ | $ |
| 000013 | Midland Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE