# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL, NICOLE J | § | Case No. 11-16693 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/23/2014 in Courtroom ,

        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/15/2014                By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL, NICOLE J | § | Case No. 11-16693 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 177,000.00 |
| and approved disbursements of | $ | 119,424.38 |
| leaving a balance on hand of[1] | $ | 57,575.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 11,350.00 | $ 0.00 | $ 11,350.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 71.91 | $ 0.00 | $ 71.91 |
| Attorney for Trustee Fees: ROBERTSON & WALL | $ 0.00 | $ 62,111.06 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 11,421.91 |
| Remaining Balance | $ 46,153.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,367.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 5,763.00 | $ 0.00 | $ 5,280.91 |
| 000002 | Atlas Acquisitions LLC | $ 20,903.06 | $ 0.00 | $ 19,154.46 |
| 000003 | Discover Bank | $ 691.69 | $ 0.00 | $ 633.83 |
| 000004 | Midland Credit Management, Inc. | $ 2,220.77 | $ 0.00 | $ 2,035.00 |
| 000005 | B-Line, LLC | $ 2,056.32 | $ 0.00 | $ 1,884.30 |
| 000006 | World Financial Network National Bank | $ 660.91 | $ 0.00 | $ 605.62 |
| 000007 | World Financial Network National Bank | $ 3,378.14 | $ 0.00 | $ 3,095.55 |
| 000008 | World Financial Network National Bank | $ 526.16 | $ 0.00 | $ 482.15 |
| 000009 | World Financial Network National Bank | $ 815.84 | $ 0.00 | $ 747.59 |
| 000010 | Capital One,N.A | $ 1,851.50 | $ 0.00 | $ 1,696.62 |
| 000011 | Dell Financial Services L.L.C. | $ 1,717.76 | $ 0.00 | $ 1,574.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Sprint Nextel | $ 454.91 | $ 0.00 | $ 416.86 |
| 000013 | Midland Funding LLC | $ 9,326.99 | $ 0.00 | $ 8,546.76 |
| | Total to be paid to timely general unsecured creditors | | $ | 46,153.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                        Case No. 11-16693-BWB
Nicole J Campbell                                                             Chapter 7
           Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: kseldon                Page 1 of 3                  Date Rcvd: Apr 16, 2014
                               Form ID: pdf006              Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2014.
db            +Nicole J Campbell,    12323 Surrey Lane,    Homer Glen, IL 60491-8801
aty           +David H Robertson, Jr,    670 N. Clark St., #300,   Chicago, IL 60654-3483
17155605      +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
17155606      +Baron’s Creditor’s Services Corp,    155 Revere Dr.,    Northbrook, IL 60062-1558
17155607      +Bay Area Credit Service,    PO Box 467600,   Atlanta, GA 31146-7600
17155611     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
17155612     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,     25505 W 12 Mile Rd,    Southfield, MI 48034)
17608515      +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
17155608      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17155609      +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,   Wilmington, DE 19850-5145
17155610      +Chase- Bp,    Po Box 15298,   Wilmington, DE 19850-5298
17155615     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
                Austin, TX 78708)
17155618      +EOS CCA,    700 Longwater Dr.,   Norwell, MA 02061-1624
17155617      +Encore Receivable Management,     400 N Rogers Rd,   PO Box 3330,    Olathe, KS 66063-3330
17155620      +Fed Loan Serv,    Po Box 2461,   Harrisburg, PA 17105-2461
17155621       First Usa Bank N A,    Po Box 8650,   Wilmington, DE 19899
17155623      +Ford Cred,    Po Box Box 542000,   Omaha, NE 68154-8000
17155624      +Frontline Asset Strategies LLC,    1935 W County Rd B2,    Suite 425,   Saint Paul, MN 55113-2797
17155625      +GC Services Limited Partnership,    6330 Gulfton,   Houston, TX 77081-1198
17155631      +Harris Bank,    111 W Monroe St,   Chicago, IL 60603-4095
17155633      +Ingalls Memorial Hospital,    One Ingalls Drive,    Harvey, IL 60426-3591
17155635      +Little Company of Mary Hospital,    2800 W. 95th St.,    Evergreen Park, IL 60805-2795
17155639       MB Financial Bank,    P.O. Box 6261,   Chicago, IL 60680-6261
17155637      +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
17155638      +Main Street Acquisiton,    3950 Johns Creek Ct Ste,    Suwanee, GA 30024-1296
17155640      +Medical Recovery Services,    2250 E. Devon, Ste. 352,    Des Plaines, IL 60018-4519
19932083       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
17155645      +NCB Management Services Inc,    PO Box 1099,   Langhorne, PA 19047-6099
17155649      +NES,   29125 Solon Rd,    Solon, OH 44139-3442
17155643      +Nationwide Credit & Co,    Attn: Bankruptcy,   9919 W Roosevelt Rd Ste 101,
                Westchester, IL 60154-2771
17155646      +Ncb Ne Er,    4661 East Main St,   Columbus, OH 43251-0001
17155651       Northland Group,    PO Box 55439,   Minneapolis, MN 55439
17155652      +Palos Bank & Trust,    7101 W 127th St,   Palos Heights, IL 60463-1559
17155655      +Richard J. Boudreau & Associates,    5 Industrial Way,    Salem, NH 03079-4866
17155656      +Rnb-fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
17155657      +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
17155660      +Sullivan Urgen Aid Centers,    PO Box 87844,   Carol Stream, IL 60188-7844
17155661      +Target,    Po Box 59317,   Minneapolis, MN 55459-0317
17155662      +The Limited,    Po Box 330066,   Northglenn, CO 80233-8066
17155663      +Torres Credit Services,    27 Fairview Street,   Carlisle, PA 17015-3200
17155622     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Firstar,    c/o US Bank Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
17155665      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,   Greenville, TX 75403-5609
17155667      +Victoria’s Secret,    PO Box 16589,   Columbus, OH 43216-6589
17155666      +Victoria’s Secret,    Po Box 182124,   Columbus, OH 43218-2124
17155669     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
17155668      +Wells Fargo,    Attn: Collection Servicing, 1st Floor, M,    Po Box 31557,
                Billings, MT 59107-1557
17155670      +Wfnnb/express,    Po Box 182124,   Columbus, OH 43218-2124
17155671      +Wfnnb/roompl,    Po Box 2974,   Shawnee Mission, KS 66201-1374
17155672      +Wfnnb/roomplace,    Po Box 2974,   Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17214626      +E-mail/Text: bnc@atlasacq.com Apr 17 2014 01:28:19      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
17560180       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2014 01:35:13      B-Line, LLC,    MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
17155613      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 17 2014 01:31:02
                Credit Collection Services,    Two Wells Ave.,   Newton Center, MA 02459-3246
17626416       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2014 01:33:47
                Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                Greenville, SC 29603-0390
17533655       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2014 01:32:44      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
```

```
District/off: 0752-1          User: kseldon              Page 2 of 3                   Date Rcvd: Apr 16, 2014
                              Form ID: pdf006            Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17155616     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2014 01:32:44      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 6103,   Carol Stream, IL 60197-6103
17812736      E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2014 01:32:36      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17155627     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:34:04      GEMB / HH Gregg,
               Attention:  Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
17155626     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:35:23      Ge Capital Credit Card,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
17155628     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:35:23      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
17155629     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:32:20      Gemb/l&t,    Po Box 981400,
               El Paso, TX 79998-1400
17155630     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:32:23      Gemb/m Wards,    P.o. Box 981400,
               El Paso, TX 79998-1400
17155632     +E-mail/Text: Bankruptcy@icsystem.com Apr 17 2014 01:29:39      I.C. System, Inc.,
               444 highway 96 East,   PO Box 64887,   Saint Paul, MN 55164-0887
17155634     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 17 2014 01:28:24      Kohls,    Attn: Recovery Dept,
               Po Box 3120,   Milwaukee, WI 53201-3120
17155636     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2014 01:35:13      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
17155641     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2014 01:29:28      Midland Credit Management,
               Po Box 939019,   San Diego, CA 92193-9019
17556248     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2014 01:29:28      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
17155647     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 17 2014 01:29:57
               NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
17155648     +E-mail/Text: info@nelsonwatson.com Apr 17 2014 01:30:28      Nelson, Watson & Associates LLC,
               80 Merrimack St,   Lower Level,   Haverhill, MA 01830-5202
17155650     +E-mail/Text: bankrup@aglresources.com Apr 17 2014 01:26:52      Nicor Gas,
               Attention:  Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
17155654     +E-mail/Text: bankolist@praxis-financial.com Apr 17 2014 01:30:10      Praxis Financial Solutions,
               7331 N Lincoln Ave,   Suite 8,   Lincolnwood, IL 60712-1766
19932084      E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2014 01:34:26
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
17155659      E-mail/Text: appebnmailbox@sprint.com Apr 17 2014 01:29:22      Sprint Nextel,
               Sprint Nextel - Correspondence,    Attn Bankruptcy Dept,   PO Box 7949,
               Overland Park, KS 66207-0949
17571557      E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2014 01:29:08
               World Financial Network National Bank,    Quantum3 Group LLC,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17155644       Nbgl Carsons
17155619*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Exxmblciti,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
17155658*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Shell Oil / Citibank,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
17155664*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Unvl/citi,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
17155614    ##+Creditors Interchange,    80 Holtz Drive,   Buffalo, NY 14225-1470
17155642    ##+NAFS,   165 Lawrence Bell DR ste 100,   Buffalo, NY 14221-7900
17155653    ##+Pinnacle Credit Serivc,   Po Box 640,   Hopkins, MN 55343-0640
                                                                                   TOTALS: 1, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: kseldon              Page 3 of 3              Date Rcvd: Apr 16, 2014
                              Form ID: pdf006            Total Noticed: 73
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2014 at the address(es) listed below:
              Nathan C Volheim    on behalf of Debtor Nicole J Campbell courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```