# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
CAMPBELL, NICOLE J                        §       Case No. 11-16693
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NICOLE J CAMPBELL |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BLUE CROSS/BLUE SHIELD |  |  |  |  |  |
|  | SOUTHEST RADIOLOGISTS |  |  |  |  |  |
|  | SOUTHWEST HOSPITALS MRI, INC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| ROBERTSON & WALL | | | | | |
| ROBERTSON & WALL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Baron's Creditor's Services Corp 155 Revere Dr. Northbrook, IL 60062 | | | | | |
| | Bay Area Credit Service PO Box 467600 Atlanta, GA 31146 | | | | | |
| | Chase Mht Bk Attn: Bankruptcy Po Box 15145 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Credit Acceptance 25505 W 12 Mile Rd Southfield, MI 48034 | | | | | |
| | Credit Collection Services Two Wells Ave. Newton Center, MA 02459 | | | | | |
| | Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 6103 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EOS CCA 700 Longwater Dr. Norwell, MA 02061 | | | | | |
| | Encore Receivable Management 400 N Rogers Rd PO Box 3330 Olathe, KS 66062 | | | | | |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Fed Loan Serv Po Box 2461 Harrisburg, PA 17105 | | | | | |
| | First Usa Bank N A Po Box 8650 Wilmington, DE 19899 | | | | | |
| | Firstar c/o US Bank Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | Frontline Asset Strategies LLC 1935 W County Rd B2 Suite 425 Saint Paul, MN 55113 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Ge Capital Credit Card Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/l&t Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/m Wards P.o. Box 981400 El Paso, TX 79998 | | | | | |
| | Harris Bank 111 W Monroe St Chicago, IL 60603 | | | | | |
| | I.C. System, Inc. 444 highway 96 East PO Box 64887 Saint Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ingalls Memorial Hospital One Ingalls Drive Harvey, IL 60426 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Little Company of Mary Hospital 2800 W. 95th St. Evergreen Park, IL 60805 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | MB Financial Bank P.O. Box 6261 Chicago, IL 60680-6261 | | | | | |
| | Macys/fdsb Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Main Street Acquisiton 3950 Johns Creek Ct Ste Suwanee, GA 30024 | | | | | |
| | Medical Recovery Services 2250 E. Devon, Ste. 352 Des Plaines, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | NAFS 165 Lawrence Bell DR ste 100 Buffalo, NY 14221-7896 | | | | | |
| | NCB Management Services Inc PO Box 1099 Langhorne, PA 19047 | | | | | |
| | NCO Financial Systems Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | NES 29125 Solon Rd Solon, OH 44139 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nbgl Carsons | | | | | |
| | Ncb Ne Er 4661 East Main St Columbus, OH 43251 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nelson, Watson & Associates LLC 80 Merrimack St Lower Level Haverhill, MA 01830 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Northland Group PO Box 55439 Minneapolis, MN 55439 | | | | | |
| | Palos Bank & Trust 7101 W 127th St Palos Heights, IL 60463 | | | | | |
| | Pinnacle Credit Serivc Po Box 640 Hopkins, MN 55343 | | | | | |
| | Praxis Financial Solutions 7331 N Lincoln Ave Suite 8 Lincolnwood, IL 60712 | | | | | |
| | Richard J. Boudreau & Associates 5 Industrial Way Salem, NH 03079 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Sprint P.O. Box 4191 Carol Stream, IL 60197 | | | | | |
| | Sullivan Urgen Aid Centers PO Box 87844 Carol Stream, IL 60188 | | | | | |
| | Target Po Box 59317 Minneapolis, MN 55459 | | | | | |
| | The Limited Po Box 330066 Northglenn, CO 80233 | | | | | |
| | Torres Credit Services 27 Fairview Street Carlisle, PA 17013 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Victoria's Secret PO Box 16589 Columbus, OH 43216 | | | | | |
| | Victoria's Secret Po Box 182124 Columbus, OH 43218 | | | | | |
| | Wells Fargo Attn: Collection Servicing, 1st Floor, M Po Box 31557 Billings, MT 59107 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wfnnb/express Po Box 182124 Columbus, OH 43218 | | | | | |
| | Wfnnb/roompl Po Box 2974 Shawnee Mission, KS 66201 | | | | | |
| | Wfnnb/roomplace Po Box 2974 Shawnee Mission, KS 66201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000005 | B-LINE, LLC | | | | | |
| 000010 | CAPITAL ONE,N.A | | | | | |
| 000011 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000013 | MIDLAND FUNDING LLC | | | | | |
| 000012 | SPRINT NEXTEL | | | | | |
| 000006 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| 000007 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| 000008 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 11-16693 | BWB | Judge: BRUCE W. BLACK |
|---|---|---|---|
| Case Name: | CAMPBELL, NICOLE J | | |

For Period Ending:  07/29/14

| Trustee Name: | Peter N. Metrou, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 04/19/11 (f) |
| 341(a) Meeting Date: | 06/06/11 |
| Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with MB Financial | 200.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Personal used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 4. Whole Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 5. Anticipated 2010 Tax Refund Per 2009 Tax Return | 3,864.00 | 0.00 | | 0.00 | FA |
| 6. Pending personal injury case stemming from autom | Unknown | Unknown | | 177,000.00 | FA |
| 7. Pending worker's compensation claim stemming fro | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,464.00 | $0.00 | | $177,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI settlement negotiated at $177,000; Claims reviewed; waiting for funds by end of January, 2014.

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 09/30/14

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-16693  -BWB |
| Case Name: | CAMPBELL, NICOLE J |
| | |
| Taxpayer ID No: | *******5255 |
| For Period Ending: | 07/29/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******4838  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | | 9999-000 | 57,575.62 | | 57,575.62 |
| 05/29/14 | 005001 | PETER N METROU | Chapter 7 Compensation/Expense | | | | 11,421.91 | 46,153.71 |
| | | 123 W. WASHINGTON STREET | | | | | | |
| | | SUITE 216 | | | | | | |
| | | OSWEGO, IL  60543 | | | | | | |
| | | | Fees          11,350.00 | | 2100-000 | | | |
| | | | Expenses         71.91 | | 2200-000 | | | |
| 05/29/14 | 005002 | Atlas Acquisitions LLC | Claim 000001, Payment 91.63474% | | 7100-000 | | 5,280.91 | 40,872.80 |
| | | 294 Union St. | | | | | | |
| | | Hackensack, NJ 07601 | | | | | | |
| 05/29/14 | 005003 | Atlas Acquisitions LLC | Claim 000002, Payment 91.63472% | | 7100-000 | | 19,154.46 | 21,718.34 |
| | | 294 Union St. | | | | | | |
| | | Hackensack, NJ 07601 | | | | | | |
| 05/29/14 | 005004 | Discover Bank | Claim 000003, Payment 91.63498% | | 7100-000 | | 633.83 | 21,084.51 |
| | | DB Servicing Corporation | | | | | | |
| | | PO Box 3025 | | | | | | |
| | | New Albany, OH 43054-3025 | | | | | | |
| 05/29/14 | 005005 | Midland Credit Management, Inc. | Claim 000004, Payment 91.63488% | | 7100-000 | | 2,035.00 | 19,049.51 |
| | | 8875 Aero Drive, Suite 200 | | | | | | |
| | | San Diego, CA 92123 | | | | | | |
| 05/29/14 | 005006 | B-Line, LLC | Claim 000005, Payment 91.63457% | | 7100-000 | | 1,884.30 | 17,165.21 |
| | | MS 550 | | | | | | |
| | | PO Box 91121 | | | | | | |
| | | Seattle, WA 98111-9221 | | | | | | |
| 05/29/14 | 005007 | World Financial Network National Bank | Claim 000006, Payment 91.63426% | | 7100-000 | | 605.62 | 16,559.59 |
| | | Quantum3 Group LLC | | | | | | |
| | | PO Box 788 | | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | | |
| 05/29/14 | 005008 | World Financial Network National Bank | Claim 000007, Payment 91.63475% | | 7100-000 | | 3,095.55 | 13,464.04 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 57,575.62 | 44,111.58 |

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                     Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-16693  -BWB | |
| Case Name: | CAMPBELL, NICOLE J | |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******4838  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******5255 |
| For Period Ending: | 07/29/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/14 | 005009 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>World Financial Network National Bank | Claim 000008, Payment 91.63562% | 7100-000 | | 482.15 | 12,981.89 |
| 05/29/14 | 005010 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>World Financial Network National Bank | Claim 000009, Payment 91.63439% | 7100-000 | | 747.59 | 12,234.30 |
| 05/29/14 | 005011 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000010, Payment 91.63489% | 7100-000 | | 1,696.62 | 10,537.68 |
| 05/29/14 | 005012 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000011, Payment 91.63445% | 7100-000 | | 1,574.06 | 8,963.62 |
| 05/29/14 | 005013 | Sprint Nextel<br>Sprint Nextel - Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Claim 000012, Payment 91.63571% | 7100-000 | | 416.86 | 8,546.76 |
| 05/29/14 | 005014 | Midland Funding LLC<br>c/o Recover, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 91.63471% | 7100-000 | | 8,546.76 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 13,464.04 |

Ver: 18.00a

FORM 2

Page:  3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16693  -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CAMPBELL, NICOLE J | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4838  Checking Account |
| Taxpayer ID No: | *******5255 | | |
| For Period Ending: | 07/29/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,575.62 | 57,575.62 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 57,575.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 57,575.62 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 57,575.62 | |

Page Subtotals          0.00          0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2   Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-16693  -BWB |
| Case Name: | CAMPBELL, NICOLE J |
| | |
| Taxpayer ID No: | *******5255 |
| For Period Ending: | 07/29/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0853  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/14 | 6 | ALLIED PROPERTY AND CASUALTY INS CO DES MOINES, IA 50391-0210 | PI SETTLEMENT | 1129-000 | 175,000.00 | | 175,000.00 |
| 02/25/14 | 6 | ROLLINA, INC. ROLLINS RISK MAMAGEMENT 2170 PIEDMONT ROAD, NE ATLANTA, GA 30324 | PI SETTLEMENT | 1129-000 | 2,000.00 | | 177,000.00 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 66.13 | 176,933.87 |
| 03/11/14 | 001001 | ROBERTSON & WALL 670 North Clark, 3rd Fl Chicago, IL 60654-3483 | Per 12/13/13 o/c Spcl Csl fees/cost | | | 62,111.06 | 114,822.81 |
| | | | Fees          59,000.00 | 3210-000 | | | |
| | | | Expenses    3,111.06 | 3220-000 | | | |
| 03/11/14 | 001002 | NICOLE J CAMPBELL 12323 SURREY LANE HOMER GLEN, IL  60491 | Debtor Exemption | 8100-000 | | 15,000.00 | 99,822.81 |
| 03/11/14 | 001003 | BLUE CROSS/BLUE SHIELD Health Care Service Corporation 25552 Network Place Chicago, IL 60673-1255 | Per 12/13/13 o/c Med Lien | 4210-000 | | 41,747.19 | 58,075.62 |
| 03/11/14 | 001004 | SOUTHWEST HOSPITALS MRI, INC. C/O Law Offices of James T. Gately 8233 West 185th Street Tinley Park, IL 60487 | Per 12-13-13 o/c Lien Holder | 4210-000 | | 300.00 | 57,775.62 |
| 03/11/14 | 001005 | SOUTHEST RADIOLOGISTS C/O Law Offices of James T. Gately 8233 West 185th Street Tinley Park, IL 60487 | Per 12-13-13 o/c Lien Holder | 4210-000 | | 200.00 | 57,575.62 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 57,575.62 | 0.00 |

Page Subtotals   177,000.00   177,000.00

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 11-16693 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CAMPBELL, NICOLE J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0853 Checking Account |
| Taxpayer ID No: | *******5255 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/14 | | Congressional Bank | Bank Fee Reversal | 2600-000 | 120.56 | | 120.56 |
| 04/22/14 | | Congressiional Bank | BANK SERVICE FEES | 2600-000 | | 120.56 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 177,120.56 | 177,120.56 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 57,575.62 | |
| | Subtotal | 177,120.56 | 119,544.94 | |
| | Less:  Payments to Debtors | | 15,000.00 | |
| | Net | 177,120.56 | 104,544.94 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******4838 | 0.00 | 57,575.62 | 0.00 |
| Checking Account - ********0853 | 177,120.56 | 104,544.94 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 177,120.56 | 162,120.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                     120.56                     120.56

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*